1

2

3                          UNITED STATES OF AMERICA

4                     WESTERN DISTRICT OF WASHINGTON
                                  AT SEATTLE
5

6    EXENDINE, et al.,

7                      Plaintiff(s),                 Case No. C05-436P

8          v.

9    CITY OF SAMMAMISH, et al.,                      MINUTE ORDER

10                     Defendant(s).

11

12

13         The following minute order is made by the direction of the court, the Honorable Marsha J.

14   Pechman:

15         At the request of counsel, an extension of time to file the joint status report is granted.  The

16   report will be due on **September 2, 2005.**     All other FRCP 26- related dates are adjusted

17   accordingly.  Failure to adhere to these deadlines may result in sanctions, up to and including

18   dismissal of this action.

19

20         Filed this 15th day of July, 2005.

21

22                                          BRUCE RIFKIN, Clerk

23
                                            By      /s Mary Duett
24                                          Deputy Clerk

25

26

27

28